## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2018-3 |
| | ) | |
| BRAULIO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ATTORNEYS:**

**Gretchen Shappert, United States Attorney**
**Sigrid Tejo-Sprotte, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Yohana M Manning**
St. Croix, U.S.V.I.
    *For Braulio Martinez.*

## ORDER

**GÓMEZ, J.**

Before the Court is the application of Braulio Martinez ("Martinez") to waive his speedy trial. For the reasons stated herein, the time to try this case is extended up to and including November 1, 2018.

While the Speedy Trial Act requires that defendants be tried within seventy days of indictment, the Court specifically

finds that extending this period would be in the best interest

of justice for several reasons. First, an extension is necessary

to allow Martinez time to review discovery and investigate the

charges against him. Second, Martinez made his request with the

advice and consent of counsel. Third, without an extension,

Martinez would be denied reasonable time necessary to explore

plea options and prepare for trial.

Consistent with these concerns, the United States Court of

Appeals for the Third Circuit has recognized that "whether or

not a case is 'unusual' or 'complex,' an 'ends of justice'

continuance may in appropriate circumstances be granted."

*United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994); *United*

*States v. Dota*, 33 F.3d 1179(9th Cir. 1994) ("An ends of justice

continuance may be justified on grounds that one side needs more

time to prepare for trial [even if the] case [i]s not

'complex.'"); *see also United States v. Lattany*, 982 F.2d 866,

883 (3d Cir. 1992) ("[T]he district court did not abuse its

discretion when it delayed the trial to give counsel . . .

opportunity to . . . decid[e] upon and prepar[e] an appropriate

defense."); *United States v. Brooks*, 697 F.2d 517, 522 (3d Cir.

1982) (holding there was no abuse of discretion where district

court found that  multiple count, multiple defendant "case was

complex and required additional time for adequate

preparation.").

      The premises considered; it is hereby

      **ORDERED** that the time beginning from the date of this order

granting an extension through November 1, 2018, shall be

excluded in computing the time within which the trial for

Braulio Martinez must be initiated pursuant to 18 U.S.C. § 3161.


                  **S\_____**
                         **Curtis V. Gómez**
                         **District Judge**