## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Nos. 3:18-cr-0003 |
| ) | |
| **BRAULIO MARTINEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER OF CRIMINAL APPOINTMENT

**IT IS ORDERED** that the office of the Federal Public Defender is hereby appointed to represent Braulio Martinez with respect to his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Defendant is presently detained.

**IT IS FURTHER ORDERED** that the Office of the United States Marshal shall serve any and all processes in connection with the above-captioned matter.

**Dated:** January 25, 2021         */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **District Judge**