## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case Nos. 3:18-cr-0003 |
| **BRAULIO MARTINEZ,** | ) |
| **Defendant.** | ) |

## ORDER

**BEFORE THE COURT** is the Braulio Martinez' ("Martinez") *pro se* motion for immediate release, filed on February 3, 2021. (ECF No. 77.) This Court appointed the Office of the Federal Public Defender to represent Martinez on January 25, 2021. (ECF No. 76.)

In light of the foregoing, it is hereby

**ORDERED** that counsel for Martinez **SHALL** file a supplemental motion no later than February 11, 2021, demonstrating any basis for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A).

**Dated:** February 4, 2021    */s/ Robert A. Molloy*
                               **ROBERT A. MOLLOY**
                               **District Judge**