## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case Nos. 3:18-cr-0003 |
| **BRAULIO MARTINEZ,** | ) |
| **Defendant.** | ) |

## ORDER

**BEFORE THE COURT** are the motions for compassionate release of Braulio Martinez ("Martinez"). (ECF Nos. 72, 77.) It appearing to the Court that Martinez may have been released from incarceration, it is hereby

**ORDERED** that, no later than August 11, 2021, the United States shall file notice and documentation of the incarceration status of Defendant Martinez.

**Dated:** August 4, 2021    */s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**