# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case Nos. 3:18-cr-0003 |
| | ) |
| **BRAULIO MARTINEZ,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**BEFORE THE COURT** are the motions for compassionate release of Braulio Martinez ("Martinez"). (ECF Nos. 72, 77.) Based on the notice to the Court filed by the United States advising that Martinez was released from the Bureau of Prisons on May 19, 2021, the Court finds this matter to be moot. (ECF No. 84.)

The premises considered, it is hereby

**ORDERED** that Martinez' motions for compassionate release, (ECF Nos. 72, 77), are **MOOT**; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of this order to Martinez' last known address.

**Dated:** August 6, 2021        */s/ Robert A. Molloy*
                **ROBERT A. MOLLOY**
                **Chief Judge**